AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

DEC 19 2022 AM11:46
FILED - USDC - BPT - CT

Alicia Nicole Raynor
*Petitioner*

v.

Warden Pullen
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. ______________
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Alicia Nicole Raynor
   (b) Other names you have used: Alicia Nicole Bamele
2. Place of confinement:
   (a) Name of institution: Danbury FCP
   (b) Address: 33 1/2 PembrokeRd
   Danbury CT 06811
   (c) Your identification number: 28139055
3. Are you currently being held on orders by:
   ☒ Federal authorities ☐ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   Western District of NewYork 2 Niagara Square Buffalo NY 14202
   (b) Docket number of criminal case:
   (c) Date of sentencing: December 21, 2021
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other *(explain)*: Computation of First Step Act Federal Time Credit and applied to remainder of my sentence

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   (d) Date of the decision or action:

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes ☐ No

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Bureau of Prison
   (2) Date of filing: October 7th 2022
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised: Computation and application of FSA Federal Time Credit

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal** N/A

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☑ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255** N/A

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings** N/A

Does this case concern immigration proceedings?

☐ Yes ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals** N/A

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Petitioner requests computation and application of all Federal Time Credit earned and accrued. Petitioner seeks immediate release as the Federal time credits equal remaining term of imprisonment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner pled guilty to one count of wire fraud and filing a false tax return. She was sentenced to eighteen months of imprisonment and two years supervised release.

See attached.

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes ☐ No

**GROUND TWO:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No

GROUND FOUR:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

N/A ☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Immediate judicial consideration of this petition so that Petitioner can be released immediately and not Suffer irreparable harm.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
sent out for payment enclosure 12/9/2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12/9/2022

Alicia Ramos
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

13a)

Petitioner began serving her sentence at FCP Danbury on February 1 2022 and was eligible for immediate benefit of Federal time Credit. Petitioner immediately began participating in programming activities, and has continually maintained participation in EBRR activities and productive activities. Petitioner has maintained continuous minimum recidivism risk status throughout her term of imprisonment.

On or about October 7, 2022 Petitioner filed the BP-8 to request the computation of my FTC and was informed that my computation would be updated. Petitioner received this computation on October 9, 2022, and noticed that not all credits had been properly accrued. Therefore, Petitioner filed the FTC dispute form as instructed on or about October 10, 2022. Petitioner has not received an outcome to date. Accordingly, Petitioner filed an additional BP-8 on November 11, 2022 once again requesting the FTC be properly computed and applied to her sentence.

13 a)

On November 18, 2022, Petitioner received a response that she had not yet reached 50% and not eligible for the Cares Act and Still had more than 18 months left of her sentence. Petitioner advised Unit team that none of this information was accurate or applied to her situation. Unit team recalled the BP-8 including the response and notified Petitioner to re submit a BP-8. Petitioner resubmitted the BP-8 on November 16, and requested a response November 18, 22, and 26, 2022. Unit team has not been available from November 27, 2022 thru present. On December 8, 2022 Petitioner requested a BP-9 from Case Manager and was told this matter would have to wait for the Camp Counselor to return.

Petitioner has also sent Trulincs messages directly to the Warden November 24, and December 3rd 2022 requesting FTC be computed and applied since the Credits equal the remainder of Sentence. Petitioner has received no response to date.

13h)

Beginning October 2022, Petitioner attempted to resolve issues concerning her FTC computation and application to her sentence with application of these FTCs Petitioner is eligible for immediate release.

Memorandum of Support of 2241 Petition

1) To be eligible for application of FSA time credits an inmate must
1) have demonstrated a recidivism risk reduction or maintained a minimum or low recidivism risk and
2) have earned time credits in an amount that is equal to the remainder of the prisoners imposed term of imprisonment
See 18 USC 3624(g)(1) and CFR 523.44

2) BOP Program Statement 5410.01
Section (b) Consideration for application of FSA Earned time Credit also indicates in
(1) that credits should be applied to early transfer to supervised release when credits equal the remainder of the sentence.
Petitioner meets all criteria outlined in this Program Statement for automatic application of earned FTC to early release.

Memorandum continued

(3) Petitioner has maintained a minimum recidivism rate and on or about December 26, 2022 will have earned and accured earned time credits equal to the remainder of her term of imprisonment.

4) Petitioner sought resolution of computation and application of Federal time Credit to no availibility.

Much like the Stewart v Snider Lexis 100512 situation, Petitioner argues that She attempted to follow the administrative remedy process. However, Petitioner did not get timely nor accurate responses and Continuing to wait will negatively impact her.

Petitioner will suffer irreparable harm if she is unable to Secure immediate judicial consideration of this claim. Her untimely release upon sentence completion deprives Petitioner of liberty interests.

Given time limitations, completing the grievance process would be futile. As the Court acknowledges in Pillow v. Bureau of Prison Lexis 192489, Since the release date with the application of Federal time Credit, is two weeks away, exhausting administrative remedies would be futile at this ~~time~~ date.

# FSA Time Credit Assessment

Register Number:28139-055, Last Name:RAYNOR

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Register Number....: 28139-055
Inmate Name
Last..............: RAYNOR
First.............: ALICIA
Middle............:
Suffix............:
Gender.............: FEMALE
Start Incarceration: 02-01-2022

Responsible Facility: DAN
Assessment Date.....: 10-09-2022
Period Start/Stop...: 02-01-2022 to 10-09-2022
Accrued Pgm Days....: 197
Disallowed Pgm Days.: 53
FTC Towards RRC/HC..: 45
FTC Towards Release.: 15
Can Apply FTC.......: Yes

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 02-01-2022 | 02-25-2022 | disallow | 24 |

Read FTC Allowable these dates should be allowed waiting for correction by Admin

**Incomplete needs assessment**

**Missing Need Area(s)**
Anger/Hostility
Antisocial Peers
Cognitions

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 02-25-2022 | 08-09-2022 | accrue | 165 |

Accrued Pgm Days...: 165
Carry Over Pgm Days: 0
Time Credit Factor.: 10 → should be Calculating at 15* days. see enclosed language, therefore owed *30 days waiting on Admin to correct
Time Credits.......: 50

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 08-09-2022 | 09-07-2022 | disallow | 29 |

→ pending outcome of appeal, is it worth challenging?

**Not in qualifying admit status**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| CPG | ARS | TRANSFER | 08-08-2022 0903 | 08-08-2022 0903 |
| 2-A | ARS | A-ADMIT | 08-08-2022 0903 | 08-19-2022 1355 Chautauqua |
| 2-A | ARS | RELEASE | 08-19-2022 1355 | 08-19-2022 1355 |
| CCN | ARS | A-BOP HLD | 08-19-2022 1355 | 08-24-2022 0734 Mahoning |
| CCN | ARS | TRANSFER | 08-24-2022 0734 | 08-24-2022 0734 |
| 0-U | ARS | A-ADMIT | 08-24-2022 0734 | 09-07-2022 1455 Grady |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 09-07-2022 | 10-09-2022 | accrue | 32 |

Accrued Pgm Days...: 32
Carry Over Pgm Days: 15
Time Credit Factor.: 10
Time Credits.......: 10 Same as above *15 not 10

DAN 1330.18
ATTACHMENT A

FEDERAL CORRECTIONAL INSTITUTION
DANBURY, CONNECTICUT
INFORMAL RESOLUTION

Inmate Name: Alicia Bayner    Reg. No. 28139055
Unit: C    Date: 10-6-22

**NOTICE TO INMATE:** You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. **State your complaint:** I am requesting to have all my Federal time Credits (FTC) as well as my first Step Act (FSA) Credits calculated ~~the~~ and to be provided with an updated sentence computation.

2. **State what actions you have made to informally resolve your complaint:** I met with Unit team October 2022 and requested a six month teaming to update my FSA + FTC

3. **State what resolution you expect:** I expect to have my records updated and to have my Federal time Credits and first Step Act Credits, consistent with the Federal rules language.

Inmate's Signature: [signature]    Date: 10-6-2022

4. Correctional Counselor's Comments (Steps Taken to Resolve): Per Unit team FTC's are Calculated by the DSCC. the Unit team will notify you once your computation is updated

5. Informal Resolution WAS / WAS NOT accomplished. (Circle One)

[signature]
Correctional Counselor    Unit Manager

10/7/22
Date    Date

| | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 10.6.22 | 10/7/22 | | | |
| TIME | 2:30 | 10:02 | | | |
| COUNSELOR | [signature] | [signature] | | | |

TRULINCS 28139055 - RAYNOR, ALICIA - Unit: DAN-O-A

---

FROM: 28139055
TO: Camp Administrator
SUBJECT: ***Request to Staff*** RAYNOR, ALICIA, Reg# 28139055, DAN-O-A
DATE: 11/24/2022 12:46:54 PM

To: Ms. Blackman
Inmate Work Assignment: recreation

I am requesting to have my FTC credits manually calculated and applied to my sentence. I am requesting to have my sentence computated. I am requesting an updated release date. I am requesting to be transferred to supervised release based on my updated release date.

Thank you for your consideration.
Respectfully,
Alicia N. Raynor

TRULINCS 28139055 - RAYNOR, ALICIA - Unit: DAN-O-A

---

FROM: 28139055
TO: Camp Unit Manager
SUBJECT: ***Request to Staff*** RAYNOR, ALICIA, Reg# 28139055, DAN-O-A
DATE: 11/24/2022 12:44:35 PM

To: Ms. Moore
Inmate Work Assignment: recreation

I am requesting to have my FTC calculated and applied to my sentence. I am requested to have my sentence computated. As a result of my updated release date, I am requesting to be transferred to supervised release.

Thank you for your consideration.
Respectfully,
Alicia N. Raynor

TRULINCS 28139055 - RAYNOR, ALICIA - Unit: DAN-O-A

---

FROM: 28139055
TO: Warden
SUBJECT: ***Request to Staff*** RAYNOR, ALICIA, Reg# 28139055, DAN-O-A
DATE: 11/24/2022 12:49:08 PM

To: Ms. Pullen
Inmate Work Assignment: recreation

I am requesting to have my FTC manually calculated. I am requesting to have my sentence computated. I am requesting an updated release date. I am requesting to be transferred to supervised release as a result of an updated release date.

Thank you for your consideration.
Respectfully,
Alicia N. Raynor

---

FROM: 28139055
TO: Warden
SUBJECT: ***Request to Staff*** RAYNOR, ALICIA, Reg# 28139055, DAN-O-A
DATE: 12/03/2022 06:54:05 PM

To: MS. PULLEN
Inmate Work Assignment: RECREATION

HELLO.

I UNDERSTAND THAT THE BOP IS RESPONSIBLE FOR THE FTC/FSA IMPLEMENTATION AND UPDATES. IN THE NEXT FEW WEEKS I WILL BE APPROACHING MY CREDITS =DAYS LEFT IN MY SENTENCE. I AM HOPEFUL THAT THE SYSTEM WILL BEGIN UPDATING. IN THE EVENT THAT THE SYSTEM ISN'T IN PLACE, I AM WONDERING IF YOU WOULD CONSIDER MANUALLY CALCULATING MY FTC CREDITS TO BE APPLIED TOWARD MY SENTENCE THAT WOULD ENABLE ME TO BE RELEASED TO SUPERVISION.

THANK YOU FOR YOUR CONSIDERATION.
ALICIA N. RAYNOR

⇔28139-055⇔
Alicia Raynor FCI Danbury
33.5 Pembroke RD
Danbury, CT 06811
United States

X-RAY SCREEN COMPLETED

UNITED STATES POSTAL SERVICE

RDC 99

06604

U.S. POSTAGE PA
FCM LG ENV
WESTFIELD, NY
14787
DEC 16, 22
AMOUNT
$2.64
R2305M146158-0

Office of the Clerk
US District Court
915 Lafayette Blvd.
Bridgeport CT 06604